**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**TRAVIS J. MOODY,**

**Petitioner,**

**v.** **Case No. 1:25-cv-373-AW-MAF**

**SECRETARY, DEP'T OF CORRECTIONS,**

**Respondent.**

______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's report and recommendation. ECF No. 15. There has been no timely objection. I have determined the report and recommendation should be adopted. It is now ORDERED:

1. The report and recommendation is adopted and incorporated into this order.

2. The motion to dismiss (ECF No. 13) is GRANTED.

3. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely."

4. A certificate of appealability is DENIED.

5. The clerk will close the file.

SO ORDERED on October 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge